IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-217-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTHONY DAVID BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for resentencing [D.E. 395].

The response is due not later than February 22, 2019.

SO ORDERED. This 22 day of January 2019.

JAMES C. DEVER III
United States District Judge